```
 1  QUIN DENVIR, Bar #49374
    Federal Defender
 2  ALLISON CLAIRE, Bar #170138
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5
    Attorneys For Petitioner
 6  RAY LEE VAUGHN

 7

 8
                     IN THE UNITED STATES DISTRICT COURT
 9
                    FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11

12
    RAY LEE VAUGHN,                  ) NO. CIV 01-5241 OWW DLB HC
13                                   )
                 Petitioner,         )
14                                   ) STIPULATION AND ORDER EXTENDING
         v.                          ) TIME TO FILE PETITIONER'S
15                                   ) SUPPLEMENTAL BRIEF RE: PROCEDURAL
    D. ADAMS,                        ) DEFAULT
16                                   )
                 Respondent.         )
17                                   )
    _____    )
18

19          Petitioner, RAY LEE VAUGHN, and respondent, D. ADAMS, by and
20  through their respective counsel, hereby agree and stipulate as
21  follows:
22          1.  Petitioner's supplemental brief regarding procedural
23  default is due on June 12, 2005, pursuant to prior stipulation and
24  order.  For the reasons set forth below, the parties agree that a
25  further continuance is necessary and appropriate.
26          2.  On June 1, 2005, Assistant Federal Defender Carolyn
27  Wiggin returned to the office following a six-month leave.  Ms. Wiggin
28  previously represented Mr. Vaughn in this matter.  Effective mid-June,
```

1 the case is being re-assigned within the Office of the Federal Defender
2 to Ms. Wiggin.

3     3.  Undersigned counsel for petitioner has been pursuing
4 document-gathering in support of a showing that the <u>Dixon</u> rule is
5 inconsistently applied, as set forth in the stipulation and proposed
6 order filed May 5, 2005.  Delays in the copying and transmission of
7 records from other courts have further delayed the identification of
8 relevant documents.  Problems with the accuracy and completeness of
9 electronically-available state court docketing information, and state
10 court case records systems, have also resulted in unanticipated delays.
11 Accordingly, although progress has been ongoing, it has been slow.

12     4.  Due to these circumstances, and the imminent re-
13 assignment of the case within the Federal Defender's Office, the
14 parties stipulate and agree that a further continuance of 60 days is
15 appropriate.

16     5.  The parties therefore respectfully request that the
17 deadline for petitioner's supplemental brief be extended to August 11,
18 2005.

19     6.  Counsel for respondent, Deputy Attorney General Justain
20 P. Riley, has authorized the undersigned to sign this stipulation
21 electronically on his behalf.

22 Dated:  June 3, 2005

Respectfully submitted,

QUIN DENVIR
Federal Defender


/s/ Allison Claire
ALLISON CLAIRE
Assistant Federal Defender
Attorney for Petitioner
RAY LEE VAUGHN

Vaughn stip/order further EOT          2

```
                                        /s/ Justain P. Riley
                                        JUSTAIN P. RILEY
                                        Deputy Attorney General
                                        Attorney for Respondents
                                        D. ADAMS
```

**ORDER**

Pursuant to the stipulation of the parties, and for good cause shown, petitioner's request for a further extension of time is hereby GRANTED.  Petitioner's supplemental brief regarding procedural default shall be filed no later than August 11, 2005.

IT IS SO ORDERED.

**Dated:** **June 6, 2005**             **/s/ Dennis L. Beck**
ah0l4d                                  UNITED STATES MAGISTRATE JUDGE

Vaughn stip/order further EOT            3