IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAY LEE VAUGHN,<br><br>　　　　Petitioner,<br><br>　　vs.<br><br>D. ADAMS,<br><br>　　　　Respondent.<br>_____/ | CASE NO. CV-F-01-5241 OWW DLB HC |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Pursuant to the Ninth Circuit's remand, Respondent filed supplemental briefing addressing the procedural default bar on February 24, 2005. Petitioner filed its supplemental brief on August 11, 2005.

In his supplemental briefing, Respondent requests that should Petitioner assert specific factual allegations that demonstrate the inadequacy of the Dixon bar, he be granted a reasonable amount of time to respond to such assertions. Respondent's request is GRANTED and within **thirty (30)** days from the date of service of this order, Respondent shall file a response to Petitioner's supplemental briefing filed August 11, 2005.[1]

IT IS SO ORDERED.

Dated:   August 16, 2005            /s/ Dennis L. Beck
3b142a                              UNITED STATES MAGISTRATE JUDGE

---

[1] Respondent is advised that should additional time be needed, such a request shall be filed with the Court.