UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAY LEE VAUGHN,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>D. ADAMS, et al.,<br><br>　　　　Respondents. | 1:01-CV-5241 OWW DLB HC<br><br>ORDER GRANTING EXTENSION OF TIME NUNC PRO TUNC<br>(DOCUMENT #52) |

　　　　Petitioner is a prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. Section 2254. On September 14, 2005, respondent filed a motion to extend time to file a response to petitioner's supplemental briefing. On October 14, 2005, and during the pendency of this request, respondent submitted its supplement. Accordingly, the request for an extension of time is GRANTED nunc pro tunc.

　　　　IT IS SO ORDERED.

　　　　**Dated:　October 14, 2005**　　　　　　　　　**/s/ Dennis L. Beck**
ah0l4d　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE