1

2

3

4

5

6

7                           UNITED STATES DISTRICT COURT

8                          EASTERN DISTRICT OF CALIFORNIA

9

10   RAY LEE VAUGHN,                    )    1:01-cv-05241-OWW-DLB-HC
                                        )
11               Petitioner,            )    **ORDER ADOPTING AMENDED AND**
                                        )    **CORRECTED FINDINGS AND**
12   v.                                 )    **RECOMMENDATIONS** (Doc. 61)
                                        )
13   D. ADAMS,                          )
                                        )
14               Respondent.            )
                                        )
15

16        Petitioner is a state prisoner proceeding pro se with a

17   Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

18        On May 22, 2006, the Magistrate Judge filed Amended and

19   Corrected Findings and Recommendations that the single claim raised

20   in the instant petition for writ of habeas corpus is not

21   procedurally defaulted, and the State be directed to file an answer

22   to the instant petition within thirty days.  These Amended and

23   Corrected Findings and Recommendations were served on all parties

24   and contained notice that any objections were to be filed within

25   fifteen (15) days, and any replies thereto were to be filed within

26   five (5) court days therefrom.  On May 24, 2006, Respondent filed

27   objections to the Findings and Recommendations.  On May 30, 2006,

28   Petitioner filed a reply thereto.

                                        1

1    In accordance with the provisions of 28 U.S.C. § 636

2  (b)(1)(C), this Court has conducted a *de novo* review of the case.

3  Having carefully reviewed the entire file, including Petitioner's

4  objections, the Court concludes that the Magistrate Judge's

5  Findings and Recommendations is supported by the record and proper

6  analysis.  Respondent's objections present no grounds for

7  questioning the Magistrate Judge's analysis

8    Accordingly, IT IS HEREBY ORDERED that:

9    1.   The Findings and Recommendations, filed May 22, 2006, are

10  ADOPTED IN FULL;

11    2.   The single claim raised in the instant petition for writ

12  of habeas corpus is not procedurally defaulted; and,

13    3.   The State shall file an answer to the instant petition

14  within **thirty (30) days** from the date of service of this order.

15  IT IS SO ORDERED.

16  **Dated:    June 24, 2006**                    **/s/ Oliver W. Wanger**
    emm0d6                          UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

2