**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAY LEE VAUGHN, | CASE NO. CV-F-01-5241 OWW DLB HC |
| Petitioner, | ORDER SETTING DEADLINE FOR PETITIONER TO FILE AMENDED TRAVERSE |
| vs. | |
| D. ADAMS, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Pursuant to the Court's order of June 26, 2006, Respondent filed an amended answer to the petition on July 24, 2006. (Court Doc. 65.) Because the Court has not set a deadline for the filing of Petitioner's amended traverse, the instant order is issued.

Petitioner's amended traverse shall be due within twenty (20) days from the date of service of this order.

IT IS SO ORDERED.

Dated: July 25, 2006                     /s/ Dennis L. Beck
ah0l4d                                   UNITED STATES MAGISTRATE JUDGE