# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAY LEE VAUGHN,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>D. ADAMS,<br><br>　　　　Respondent.<br>_____/ | CASE NO. CV-F-01-5241 OWW DLB HC<br><br>ORDER VACATING HEARING ON PETITIONER'S MOTION FOR IMMEDIATE RELEASE AND TAKING MATTER UNDER SUBMISSION<br><br>[Doc. 56] |

Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner is represented by Carolyn Wiggin, Esq.

On April 24, 2006, Petitioner filed a motion for immediate release pending review of the instant petition, and set the motion for oral argument on August 11, 2006 at 9:00 a.m. The petition is currently fully briefed by the parties. (Court Docs. 65, 67.)

The Court finds oral argument unnecessary to resolve Petitioner's motion; therefore, the hearing scheduled for August 11, 2006, is VACATED, and the Court will issue a written ruling on the motion and a recommendation on the merits of the petition for writ of habeas corpus in due diligence.

　IT IS SO ORDERED.

**Dated:　August 9, 2006**　　　　　　　　　　　**/s/ Dennis L. Beck**
3b142a　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE