UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RAY LEE VAUGHN, | ) | 1:01-cv-05241-OWW-DLB-HC |
| | ) | |
| Petitioner, | ) | **ORDER ADOPTING FINDINGS AND** |
| | ) | **RECOMMENDATIONS** (Doc. 69) |
| v. | ) | |
| | ) | **ORDER GRANTING PETITION FOR** |
| D. ADAMS, | ) | **WRIT OF HABEAS CORPUS** |
| | ) | |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

On August 29, 2006, the Magistrate Judge filed Findings and Recommendations that the instant Petition for Writ of Habeas Corpus be GRANTED as to all of Petitioner's convictions. These Findings and Recommendations were served on all parties and contained notice that any objections were to be filed within thirty (30) days from the date of service of that order. On September 27, 2006, Respondent filed objections to the Findings and Recommendations. On October 10, 2006, Petitioner filed a reply to Respondent's objections.

In accordance with the provisions of 28 U.S.C. § 636

1

(b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including Respondent's objections, the Court concludes that the Magistrate Judge's Findings and Recommendations are supported by the record and proper analysis.  Respondent's objections present no grounds for questioning the Magistrate Judge's analysis.

    Accordingly, IT IS HEREBY ORDERED that:

    1.   The Findings and Recommendations, filed August 29, 2006, are ADOPTED IN FULL;

    2.   The Petition for Writ of Habeas Corpus is GRANTED as to all of Petitioner's convictions; and,

    3.   The State inform the Court whether it will retry Petitioner on the charges within **ninety (90) days** from the date of service of this order.

IT IS SO ORDERED.

**Dated:   February 12, 2007**                    **/s/ Oliver W. Wanger**
emm0d6                                                             UNITED STATES DISTRICT JUDGE