**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAY LEE VAUGHN,<br><br>    Petitioner,<br><br>  vs.<br><br>D. ADAMS,<br><br>    Respondent.<br>_____/ | CASE NO. CV-F-01-5241 OWW DLB HC<br><br>ORDER DIRECTING RESPONDENT TO COMMENCE STATE COURT PROCEEDINGS WITHIN SIXTY DAYS, IF NOT YET COMMENCED |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    On February 13, 2007, the instant petition for writ of habeas corpus was granted, and the State was directed to inform the Court within ninety days from the date of service whether it would retry Petitioner on the state charges. (Court Doc. 73.) On May 8, 2007, Respondent filed a status report indicating that the Kern County District Attorney's Office will retry Petitioner. (Court Doc. 75.) It is not apparent whether re-trial proceedings have begun or when they will begin.

    Accordingly, it is HEREBY ORDERED that:

    1.    Respondent shall commence, if not already, the state court proceedings leading to re-trial within **sixty (60)** days from the date of service of this order. If the state court proceedings have already begun, Respondent shall file a status report so indicating within **ten (10)** days from the date of service of this order.

1   IT IS SO ORDERED.

2   **Dated:   August 7, 2007**            /s/ Oliver W. Wanger
                                           UNITED STATES DISTRICT JUDGE